| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF TEXAS | |
| Case number (if known) _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **WC Braker Portfolio B, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-3464432** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**814 Lavaca Street**<br>**Austin, TX 78701**<br>Number, Street, City, State & ZIP Code<br><br>**Travis**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **WC Braker Portfolio B, LLC**  Case number (*if known*) _____
      Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **5511**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ☒ Yes.

| Debtor | **WC Braker Portfolio B, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☒ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **WC Braker Portfolio B, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 29, 2022**
MM / DD / YYYY

X **/s/ Natin Paul**
Signature of authorized representative of debtor

**Natin Paul**
Printed name

Title  **Authorized Signatory**

**18. Signature of attorney**

X **/s/ Todd Headden**
Signature of attorney for debtor

Date  **September 29, 2022**
MM / DD / YYYY

**Todd Headden 24096285**
Printed name

**Hayward PLLC**
Firm name

**901 Mopac Expressway
Building 1, Suite 300
Austin, TX 78746**
Number, Street, City, State & ZIP Code

Contact phone  **737-881-7100**    Email address  **theadden@haywardfirm.com**

**24096285 TX**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

Debtor **WC Braker Portfolio B, LLC**
Name

Case number (*if known*)

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF TEXAS

Case number (*if known*)          Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **WC Braker Portfolio B, LLC** <br> Name | | Case number (*if known*) | |
| Debtor | **6th and San Jacinto, LLC** | | Relationship to you | **Affiliated Case** |
| District | **Western District of Texas, Austin Division** | When **12/07/21** | Case number, if known | **21-10942** |
| Debtor | **Arboretum Crossing, LLC** | | Relationship to you | **Affiliated Case** |
| District | **Western District of Texas, Austin Division** | When **7/06/21** | Case number, if known | **21-10546** |
| Debtor | **GVS Texas Holdings I, LLC** | | Relationship to you | **Affiliated Case** |
| District | **Northern District of Texas, Dallas Division** | When **6/17/21** | Case number, if known | **21-31121** |
| Debtor | **WC 3rd and Tri&nity, LP** | | Relationship to you | **Affiliated Case** |
| District | **Western District of Texas, Austin Division** | When **4/06/21** | Case number, if known | **21-10252** |
| Debtor | **WC 511 Barton Blvd, LLC** | | Relationship to you | **Affiliated Case** |
| District | **Western District of Texas, Austin Division** | When **12/07/21** | Case number, if known | **21-10943** |
| Debtor | **WC 717 N. Harwood Property, LLC** | | Relationship to you | **Affiliated Case** |
| District | **Western District of Texas, Austin Division** | When **8/03/21** | Case number, if known | **21-10630** |
| Debtor | **WC Alamo Industrial Center, LP** | | Relationship to you | **Affiliated Case** |
| District | **Western District of Texas, Austin Division** | When **4/04/22** | Case number, if known | **22-10226** |
| Debtor | **WC Braker Portfolio, LLC** | | Relationship to you | **Affiliated Case** |
| District | **Western District of Texas, Austin Division** | When **5/02/22** | Case number, if known | **22-10293** |
| Debtor | **WC Culebra Crossing SA, LP** | | Relationship to you | **Affiliated Case** |
| District | **Western District of Texas, Austin Division** | When **5/04/21** | Case number, if known | **21-10360** |
| Debtor | **WC Manhattan Place Property, LLC** | | Relationship to you | **Affiliated Case** |
| District | **Western District of Texas, Austin Division** | When **1/25/22** | Case number, if known | **22-10047** |
| Debtor | **WC Met Center, LLC** | | Relationship to you | **Affiliated Case** |
| District | **Western District of Texas, Austin Division** | When **9/07/21** | Case number, if known | **21-10698** |
| Debtor | **WC South Congress Square LLC** | | Relationship to you | **Affiliated Case** |
| District | **Western District of Texas, Austin Division** | When **10/06/20** | Case number, if known | **20-11107** |

Fill in this information to identify the case:

Debtor name: **WC Braker Portfolio B, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Julia Clark & Associates, P.C. 1700 West Avenue Austin, TX 78717 | | | | | | $0.00 |
| Texas Comptroller of Public Accounts P.O. Box 13528, Capitol Station Austin, TX 78711-3528 | | | | | | Unknown |

# United States Bankruptcy Court
## Western District of Texas

In re: **WC Braker Portfolio B, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized SIgnatory of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 29, 2022**

**/s/ Natin Paul**
**Natin Paul/Authorized SIgnatory**
Signer/Title

ATX Braker LLC
11755 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025


Julia Clark & Associates, P.C.
1700 West Avenue
Austin, TX 78717


Liz Boydston
Polsinelli PC
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201


Mitchell A. Karlan & Keith R. Martorana
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166


Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528